1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:     510/832-5001
4  Facsimile:      510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  MARVA SAMUEL
7  Richard Morin (SBN 285275)
   Law Office of Rick Morin, PC
8  555 Capitol Mall Suite 750
   Sacramento, CA 95814-4508
9  Phone: (916) 333-2222
   Fax: (916) 273-8956
10 Email: legal@rickmorin.net
11 Attorney for Defendants
   NAZARETH ICE OASIS, INC.; NAZARETH ICE
12 OASIS, LLC; AND NAZARETH ENTERPRISES, INC.

13

14

              IN THE UNITED STATES DISTRICT COURT
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16   MARVA SAMUEL,                          CASE NO. 3:18-cv-07662-EDL

17          Plaintiff,                       Civil Rights

18          v.                               **STIPULATION AND** ~~**[PROPOSED]**~~
                                             **ORDER FOR DISMISSAL WITH**
19   NAZARETH ICE OASIS, INC.;               **PREJUDICE**
     NAZARETH ICE OASIS, LLC; AND
20   NAZARETH ENTERPRISES, INC.

21          Defendants.

22                              **STIPULATION**

23          Plaintiff MARVA SAMUEL ("Plaintiff") and Defendants NAZARETH ICE OASIS, INC.;

24   NAZARETH ICE OASIS, LLC; AND NAZARETH ENTERPRISES, INC.  ("Defendants")  –

25   Plaintiffs and Defendants together the "Parties" – hereby stipulate and request pursuant to FRCP

26   Rule 41(a) that the Court order that all of Plaintiff's claims in this action against all Defendants be

27   dismissed with prejudice.  Plaintiff and Defendants have agreed to a settlement of all of Plaintiff's

28   claims.

                                    - 1 -

**IT IS SO STIPULATED.**

Dated:  April 8, 2019          REIN & CLEFTON


_____*/s/ Aaron M. Clefton*_____
By:  AARON M. CLEFTON, Esq.
Attorneys for Plaintiff
MARVA SAMUEL


Dated: April 8, 2019          LAW OFFICE OF RICK MORIN, PC


_____*/s/ Rick Morin*_____
By:  RICK MORIN, ESQ.
Attorneys for Defendants
NAZARETH ICE OASIS, INC.; NAZARETH ICE
OASIS, LLC; AND NAZARETH ENTERPRISES,
INC.


## <u>FILER'S ATTESTATION</u>

Pursuant to Civil Local Rule 5-1, I hereby attest that on April 8, 2019, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Rick Morin in the filing of this document.


*/s/ Aaron M. Clefton*
AARON M. CLEFTON

# [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: <u>April 9</u>, 2019

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge